```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 49463
    ANTHONY INDIA
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4467


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/08/2003 and was confirmed 02/05/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED         11375.00         4697.89       11375.00
WELLS FARGO AUTO FINANCE  UNSECURED        5649.98             .00         565.00
AT & T BANKRUPCTY         UNSECURED        NOT FILED           .00             .00
BLATT HASENMILLER LEIBSK  UNSECURED        NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED         2161.37            .00          216.14
CAPITAL ONE BANK          UNSECURED          499.24            .00           49.92
CHECK INTO CASH           UNSECURED        NOT FILED           .00             .00
AT & T WIRELESS           UNSECURED        NOT FILED           .00             .00
SAMS CLUB                 UNSECURED        NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,196.20                       2,196.20
TOM VAUGHN                TRUSTEE                                         1,148.74
DEBTOR REFUND             REFUND                                            325.41

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             20,574.30

PRIORITY                                     .00
SECURED                                11,375.00
    INTEREST                            4,697.89
UNSECURED                                 831.06
ADMINISTRATIVE                          2,196.20
TRUSTEE COMPENSATION                    1,148.74
DEBTOR REFUND                             325.41
                    ---------------    ---------------
TOTALS              20,574.30          20,574.30



            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 03 B 49463 ANTHONY INDIA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```